UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 OCT 19 P 2:48
U.S. DISTRICT COURT
HARTFORD, CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISC. NO. 3:07mj 210 (W/G) |
| v. | : | **FILED UNDER SEAL** |
| RUPERTO VICENTE | : | October 18, 2007 |

## MOTION TO SEAL

The Government respectfully requests that the Court seal this matter to prevent public disclosure of the information contained in the attached pleadings and to avoid jeopardizing a continuing investigation.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ROBERT M. SPECTOR
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
450 Main Street
Hartford, CT 06103
Tel: (860) 947-1101
Federal Bar No. CT18082

The foregoing motion is hereby GRANTED/DENIED. SO ORDERED.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE